# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAMELA BOOTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 2:20-cv-2657-JWB-ADM |
| | ) |
| KRAFT TANK CORP., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

NOW ON THIS 26th day of May, 2021, the Court takes up for consideration the Parties' Stipulation of Dismissal with Prejudice. After full consideration of the matter, and being duly advised of the same, the Court hereby dismisses this case with prejudice, with each Party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　s/ John W. Broomes
　　　　　　　　　　　　　　　　　　**JOHN W. BROOMES**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**